| STATE OF LOUISIANA | * | NO. 2024-KA-0092 |
| --- | --- | --- |
| VERSUS | * | COURT OF APPEAL |
| DERRICK L. SMITH | * | FOURTH CIRCUIT |
| | * | STATE OF LOUISIANA |
| | * | |
| | * | |

* * * * * * *

**JENKINS, J., CONCURS AND ASSIGNS REASONS**

I concur for the reasons assigned by Judge Lobrano.